Electronically Filed
Supreme Court
SCAD-23-0000285
15-AUG-2024
07:55 AM
Dkt. 47 ORD

SCAD-23-0000285

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE: THOMAS D. YANO (Deceased)
Bar No. 3780

---

ORIGINAL PROCEEDING
(ODC No. 23-0099)

ORDER
(By: Ginoza, J.)

Upon consideration of the motion to seal, filed on August 2, 2024, and the record,

It is hereby ordered:

1.  The motion to seal is granted.  It is noted that Dockets 11, 21, and 23 were previously sealed by the clerk as reflected in the court's order issued on July 18, 2024.

2.  Further review of the record reveals that docket 9 contains client identity and claim information that should have been kept confidential pursuant to Rule 2.20(f) of the Rules of the Supreme Court of Hawaiʻi and Rule 1.6 of the Hawaiʻi Rules of Professional Conduct.  Docket 9 has also been sealed by the clerk.  Any member of the public may file a motion objecting to the sealing.

3.    Within fourteen days of the date of this order, Trustee Bentley C. Adams, III, shall file a redacted version of docket 9 that preserves the confidentiality of client information, including client identity and claims.

4.    For purposes of future submissions, Trustee Adams may protect confidential information by using initials to identify clients and their related claims, without having to file under seal, so long as there is no reasonable likelihood that the identity of the client can be ascertained.

DATED:  Honolulu, Hawaiʻi, August 15, 2024.

/s/ Lisa M. Ginoza

Associate Justice